UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable Bruce D. Black
United States District Judge

<u>Clerk's Minutes</u> - evidentiary hearing

Date:   January 18, 2008                           Case No.: CIV 06-221 BB/WPL

Title:   Nuclear Watch v. US Dept. of Energy      Total Time: 3 hours 5 minutes

Courtroom Clerk:   E. Romero                       Court Reporter:  J. Bean

Type of PROCEEDING:  motions hearing

ATTORNEYS PRESENT:
<u>Plaintiff(s)</u>:                                 <u>Defendant(s)</u>:
Richard Mietz                                      Cynthia Weisman
                                                   Pamela Arias-Ortega

PROCEEDINGS:

| Time | Event |
|---|---|
| 1:41 | Court in session |
| | Counsel state appearance |
| | Motion to strike is denied |
| | Ms. Weisman argues Motion for Summary Judgment [49] - requests permission to provide testimony |
| | Mr. Mietz responds |
| | Ms. Weisman answers Court's questions |
| | Ms. Weisman provides additional information to Plaintiff |
| | Court advises counsel about his concerns |
| | Mr. Mietz responds |
| | Ms. Weisman continues argument for allowing testimony |
| | Mr. Mietz objects to testimony |
| | Court inclined to allow testimony |
| 1:54 | Ms. Weisman calls Daniel Glenn - sworn - direct by Ms. Weisman |
| | Mr. Mietz continues to object to testimony |
| 2:22 | Ms. Weisman addresses each redacted page one by one |
| 3:32 | Court in recess |
| 3:45 | Court in session |
| | Mr. Meitz addresses Court |
| | Mr. Meitz begins cross-examination of Mr. Glenn |
| 4:21 | Re-direct |
| 4:30 | Court off the record |

| | |
|---|---|
| *4:36* | *Court on record* |
| | *Court will have parties brief categories 2 and 5 claims within 30 days.* |
| *4:41* | *Witness is excused* |
| | *Ms. Weisman calls Steve Taylor - sworn - direct* |
| *4:46* | *Witness is excused* |
| | *Court is adjourned* |