IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NUCLEAR WATCH NEW MEXICO,

      Plaintiff,

      vs.                                      Civil No. 06-221 BB/WPL

UNITED STATES DEPARTMENT OF ENERGY,
NATIONAL NUCLEAR SECURITY ADMINISTRATION,

      Defendant.

**JOINT STATUS REPORT**

The Court held a hearing on January 17, 2008, addressing the remaining redactions under the FOIA (Freedom of Information Act) to the Pantex FY 2006 Site Plan (Docs. 65, 68, 69). At the end of that hearing, the Court ordered supplemental briefing within thirty days on the remaining redactions to that Site Plan. (Doc. 68, hearing transcript at 115:8-116:3.) The Court extended the deadline for supplemental briefing on the remaining redactions to March 19, 2008 (Doc. 71).

The purpose of this Joint Status Report is to inform the Court that the parties will not be filing supplemental briefs on any remaining redactions to the Pantex FY 2006 Site Plan. Based on the hearing in January, Defendant has de-redacted and provided more pages of the Pantex FY 2006 Site Plan to Plaintiff, which Plaintiff has received and reviewed. Plaintiff does not contest any of the remaining redactions.

The parties are discussing the possibility of resolving all remaining issues in the case without the need for additional litigation, and will advise the Court of the status of those discussions within the next 30 days.

        Respectfully submitted,

        GREGORY J. FOURATT
        United States Attorney

        *Electronically filed 3/19/08*
        CYNTHIA L. WEISMAN
        Assistant U.S. Attorney
        P.O. Box 607
        Albuquerque, New Mexico 87103
        Tel: (505) 346-7274
        Fax: 505-346-7205
            And
        PAMELA ARIAS-ORTEGA
        Special Asst. U.S. Attorney
        U.S. Department of Energy/NNSA
        Office of Chief Counsel
        P.O. Box 5400
        Albuquerque, NM 87185-5400
        Tel. 505-845-4441
        Fax No. 505-845-6913

        Approved 3/19/08
        Richard J. Mietz
        P.O. Box 404
        Glorieta, NM 87535
        Tel. 505-757-8431
        Fax 505-757-8431

    I HEREBY CERTIFY that on March 19, 2008, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

        Richard J. Mietz: rmietz@cybermesa.com

        *Electronically filed 3/19/08*
        CYNTHIA L. WEISMAN
        Assistant U.S. Attorney

N:\CWeisman\Cases-New\FOIA\Nuclear Watch\drafts\joint status report.wpd