IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NUCLEAR WATCH NEW MEXICO,

      Plaintiff,

    vs.                                        Civil No. 06-221 BB/WPL

UNITED STATES DEPARTMENT OF ENERGY,
NATIONAL NUCLEAR SECURITY ADMINISTRATION,

      Defendant.

## SECOND JOINT STATUS REPORT

In the parties' first joint status report (Doc. 72, filed 3/19/08), they stated another status report would be filed by April 18, 2008. After the first status report in mid-March, in early April Plaintiff provided its list of outstanding FOIA requests, and its settlement proposals. The parties have established that all five of Nuclear Watch's pending FOIA requests have been satisfied, and there is one site plan (the Y-12 site plan for FY 2008) that still contains redactions under Exemption 5 that NNSA is in the process of re-reviewing. None of the other FY 2008 site plans that NNSA has produced to Plaintiff from January to April 2008 contain redactions under Exemption 5.

Since the first status report, on April 11, 2008 DOE/NNSA adopted new Guidelines regarding these site plans, a copy of which is attached hereto as Exhibit 1. Pursuant to the new Guidelines, NNSA will make a copy of each site plan available no more than 60 days after each site plan is accepted by NNSA Headquarters, upon receipt of a specific FOIA request from Plaintiff at the NNSA Service Center FOIA Office in Albuquerque, New Mexico.

The overall goal of the new Guidelines is to have publicly-releasable site plans, with as few exemptions as possible, and to have exemptions applied (when necessary) consistently and uniformly across the sites and from year to year.

The parties are in the process of first, agreeing upon this Second Joint Status Report by April 18th, and then shortly thereafter submitting a similar Stipulation for production of future site plans and exemptions applied to future site plans. After the Stipulation is entered, the parties will address fees to conclude this matter.

    Respectfully submitted,

    GREGORY J. FOURATT
    United States Attorney
    *Electronically filed  4/17/08*
    CYNTHIA L. WEISMAN
    Assistant U.S. Attorney
    P.O. Box 607
    Albuquerque, New Mexico  87103
    Tel: (505) 346-7274
    Fax: 505-346-7205
        And
    PAMELA ARIAS-ORTEGA
    Special Asst. U.S. Attorney
    U.S. Department of Energy/NNSA
    Office of Chief Counsel
    P.O. Box 5400
    Albuquerque, NM  87185-5400
    Tel. 505-845-4441
    Fax No. 505-845-6913


    Approved  4/17/08
    Richard J. Mietz
    P.O. Box 404
    Glorieta, NM 87535
    Tel.  505-757-8431
    Fax 505-757-8431

   I HEREBY CERTIFY that on April 17, 2008, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

   Richard J. Mietz: rmietz@cybermesa.com

             *Electronically filed 4/17/08*
             CYNTHIA L. WEISMAN
             Assistant U.S. Attorney