# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

NUCLEAR WATCH NEW MEXICO,

       Plaintiff,

    vs.                           Civil No. 06-221 BB/WPL

UNITED STATES DEPARTMENT OF
ENERGY, NATIONAL NUCLEAR
SECURITY ADMINISTRATION,

       Defendant.

### JOINT MOTION FOR ENTRY OF STIPULATED ORDER

COMES NOW the parties, by and through their respective counsel of record, and hereby respectfully move the Court to enter the Stipulated Order provided in conjunction with this motion.

                    Respectfully submitted,

                    GREGORY J. FOURATT
                    United States Attorney

                    Electronically filed 7/29/08
                    /s/ Raymond Hamilton
                    RAYMOND HAMILTON
                    Assistant United States Attorney
                    P.O. Box 607
                    Albuquerque, New Mexico  87103
                    Tel: (505) 346-7274; Fax: 505-346-7205
                        And
                    PAMELA ARIAS-ORTEGA
                    Special Assistant. United States Attorney
                    U.S. Department of Energy/NNSA
                    Office of Chief Counsel
                    P.O. Box 5400
                    Albuquerque, NM  87185-5400
                    Tel. 505-845-4441; Fax 505-284-7273

      I HEREBY CERTIFY that on 7/29/08, filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Richard J. Mietz, Plaintiff's counsel: rmietz@cybermesa.com

 /s/ Raymond Hamilton        

RAYMOND HAMILTON

Assistant United States Attorney

N:\RHamilton1\Nuclear Watch FOIA\drafts\joint motion1.wpd

2